UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK H. POST,

                Petitioner,

v.

PATRICK GLEBE,

                Respondent.

CASE NO. C15-5364 BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's motion to stay (Dkt. 2) is **GRANTED;** this matter is **STAYED** pending resolution of the state court proceedings.  Petitioner shall advise the Court within **thirty (30) days** of receiving a final State court ruling.

(3) Petitioner shall provide the Court with a report on the status of his state court proceedings **every ninety (90) days.**

Dated this 10th day of August, 2015.

                BENJAMIN H. SETTLE
                United States District Judge

ORDER